IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| ANTHONY CLAYTON BOGANY | § | |
|---|---|---|
| | § | |
| VS. | § | CIVIL ACTION NO. 4:18cv638 |
| | § | |
| UNIVERSITY OF TEXAS MEDICAL BRANCH | § § | |

ORDER OF DISMISSAL

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Christine A. Nowak. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the civil rights complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). All motions not previously ruled on are **DENIED**.

**SIGNED this 18th day of December, 2018.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE